**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

In Re:  Kim David Smith                                         Case #: 04-63393
       Leslie Ann Smith
       120 E Lincoln Avenue
       Columbus, Ohio 43214                              Judge: Charles M. Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated:  May 25, 2010                                    /s/ Frank M. Pees
                                                                     Frank M. Pees
                                                                     Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Kim David Smith<br>Leslie Ann Smith<br>120 E Lincoln Avenue<br>Columbus, Ohio 43214 | $.85 |